# EXHIBIT A

## (MS. SUMMERS VESSEL AFTER SOCHA ACQUIRED IT)

