IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| David Anthony Babb,<br>   Plaintiff,<br><br>v.<br><br>David Isom, et al.,<br>   Defendants. | C/A No. 2:23-03218-RMG-MHC<br><br><br><br><br><br><br>PLAINTIFF'S MOTION FOR SUPPLE-<br>MENT PURSUANT TO RULE 15 (d) FRCP,<br>to ATTACH EXHIBIT TO HIS RECONSI-<br>DERATION OF THE DISTRICT COURT'S<br>RULING (Dkt. No. 70) REGARDING THE<br>MAGISTRATE'S FINAL REPORT AND<br>RECOMMENDATIONS (Dkt. No. 51)<br>OVER PLAINTIFF'S OBJECTIONS (Dkt. No.<br>65) PURSUANT TO RULE 59(e), FRCP, AND<br>THAT (Dkt. No. 74) BECOME MERGED<br>INTO THIS 59(e) MOTION |

COMES Now the Plaintiff, David Anthony Babb, as above captioned pursuant to the Federal Rules of Civil Procedure, 15 (d) FRCP, to supplement his pleadings with a supportive newspaper article which is in alignment with Plaintiff's position regarding the acts of vandalism over the federal waters and anchorages, were and/or are, for purposes of corporate expansion; Attached is **Exhibit A, (Post and Courier Article dated 12-4-97).**

### RULE 15(d), FRCP

"The court may permit supplementation even though the original pleading is defective in stating a claim or defense."

## **CONCLUSION**

The Plaintiff provides this article in support that his common sense argument of "land grab" on why the City of Charleston's ("CofCHS") law enforcement was actively involved with Rudy Socha and/or his non-profit Wounded Nature Working Veterans ("S-WN-WV") , see (Dkt. No. 12, Exhibit G ¶ 30) , (Dkt. No. 40 CLAIM THREE), and (Dkt. Nos. 37 , 48, and 61), in the acts of vandalizing vessels is supportive that their assault on vessels was an effort to acquire the federal public use lands for correcting the error of the engineers in providing for a navigable cul de sac for the large vessels to turn around and other areas of federal U.S. navigable waters to become profitable mooring fields for their interest. Thus, Plaintiff request that this article become supplemented to his 59(e) Motion

Respectfully submitted this 30th day of August, 2024

David Anthony Babb
P.O. Box 522
Charleston, SC 29402

2

# EXHIBIT A

## (Post and Courier Article dated 12-4-97)

6B 12/4/97

# Ashley River mooring field

The City Marina Company recently got a state permit to establish mooring fields on both sides of the Ashley River. Here are the proposed buoy sites.



Post and Courier Graphic by S. Williams

# PERMIT

### from Page 1-B

wood Drive," he said. "It's totally unregulated now, but we're hoping with some moorings, that will give us a reason to keep an eye on what's going on out there."

Hogan said he is unsure whether the City Marina could legally collect money from boats tied to its mooring buoys, which are anchored to the bottom with a steel rod and plate.

"It's very bad manners to use someone else's mooring without their permission, but bad manners don't carry anything in a court of law," he said.

Freeman said partly because of Hogan's appeal, the marina probably would not set out mooring buoys until next spring.

"It's a niche of the market we want to be able to provide for. It's never really been provided for very well in the Charleston area," he said.

Robert Behre covers city government. Contact him at 937-5549 or at rbehre@postandcourier.com.

CVF MARINA - MUNICIPAL
P&C  12/4/97
1B,6B

# Ashley mooring permit appealed

■ **CONCERNED BOATER:** A local man accuses the City Marina Co. of using public property for financial gain with its creation of mooring fields.

**By ROBERT BEHRE**
Of The Post and Courier staff

The City Marina Co. has a state permit to create mooring fields for about 30 boats, but a Charleston man is appealing the decision, claiming that the marina is using the Ashley River's public area for its own profit.

Marina officials say their new fields won't prevent boaters from anchoring in the area — just as many do now.

"If someone wants to anchor for free, they'll still have the right to do that," City Marina President Robert Freeman said.

"This is a very small part of a very large river."

Art Hogan, who represents an informal group of concerned boaters, said his appeal will raise several issues, including the consistency of state mooring permits. Hogan said he has anchored his boat in the federal anchorage area near the proposed mooring field.

"The federal anchorage is a very significant water resource. The mooring field takes part of it, period. ... It's not good public policy to give public resources for private profit," he said.

The City Marina Co., which leases the marina from the city of Charleston, pursued the mooring field idea after requests from boaters, especially those from northeastern cities, where mooring fields are more common.

The marina plans to station about 30 mooring buoys south of its docks and across the channel, and charge boaters to tie up there.

The buoys are expected to appeal to transient boaters unsure of how well their anchors might hold, and they will cost about one-third of a slip rental.

"The added privacy is another appeal. There's been a lot of mooring going on around here for many, many years that's technically illegal," Freeman said.

"We tried to get a permit and legalize this and see if there's a demand for it. We really haven't set the prices yet."

Freeman said many boats anchored in the area have been abandoned.

"We've had two or three sink out there, and two or three have blown up on Lockwood Drive," he said.

See PERMIT, Page 6-B