IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| David Anthony Babb,<br>    Plaintiff, | C/A No.: 2-23-03218-RMG-MHC |
| v. | |
| David Isom, et al.,<br>    Defendants. | NOTICE OF APPEAL |

Notice is hereby given that David Anthony Babb, Plaintiff, in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment of Order (Dkt. No. 80) denying (Dkt. No. 77, Motion For Reconsideration, over the Court's ruling at (Dkt. No. 70)) and the motions which went unanswered at (Dkt. No. 28, 42, 43, 44, 46, 47, 61, and 74) entered in this action on the 16th day of August, 2024.

Respectfully submitted this 16th day of September, 2024.

David Anthony Babb
P.O. Box 522
Charleston, SC 29402